IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES D. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 05-122-E |
| | ) |
| MOTION CONTROL INDUSTRIES, | ) |
| division of Carlisle | ) |
| Corporation; and RETIREMENT | ) |
| PLAN FOR BARGAINING UNIT | ) |
| EMPLOYEES OF MOTION CONTROL | ) |
| INDUSTRIES, division of | ) |
| Carlisle Corporation, | ) |
| | ) |
| Defendants. | ) |

O R D E R

AND NOW, this 5th day of January, 2006, Plaintiff having failed to serve the Complaint and Summons upon the Defendants within the 120 days required by Fed. R. Civ. P. 4(m), Plaintiff is HEREBY ORDERED to serve the Complaint and Summons on each Defendant by no later than January 26, 2006.

The Plaintiff is HEREBY on NOTICE that failure to serve the Complaint and Summons on each Defendant by January 26, 2006, will result in dismissal of the action with respect to any Defendant not served.

S/Maurice B. Cohill, Jr.
Senior United States District Judge

cc/ecf:   Jason Mettley, Esquire
          Robert Eberle, Esquire