**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHARLES D. WILSON, | ) Docket No. 05-122E |
| | ) (Judge Maurice B. Cohill, Jr.) |
| Plaintiff, | ) |
| | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) |
| | ) APPEARANCE |
| MOTION CONTROL INDUSTRIES, | ) |
| division of Carlisle Corporation; and | ) Filed on behalf of defendants |
| RETIREMENT PLAN FOR | ) |
| BARGAINING UNIT EMPLOYEES OF | ) Counsel of record for this party: |
| MOTION CONTROL INDUSTRIES, | ) |
| division of Carlisle Corporation, | ) Richard A. Lanzillo, Esq. |
| | ) Knox McLaughlin Gornall & Sennett, P.C. |
| Defendants | ) 120 West Tenth Street |
| | ) Erie, PA  16501-1461 |
| | ) Telephone:  (814) 459-2800 |
| | ) Facsimile:  (814) 453-4530 |
| | ) E-mail:  rlanzillo@kmgslaw.com |
| | ) PA53811 |

-2-

# **APPEARANCE**

TO:   CLERK OF COURT

      Enter our appearance on behalf of defendants, Motion Control Industries, division of Carlisle Corporation; and Retirement Plan for Bargaining Unit Employees of Motion Control Industries, division of Carlisle Corporation, in the above-captioned action.

      Respectfully submitted,

      KNOX McLAUGHLIN GORNALL &
      SENNETT, P.C.

      BY: /s/ Richard A. Lanzillo, Esq.
          Richard A. Lanzillo, Esq.
          120 West Tenth Street
          Erie, PA  16501-1461
          Telephone (814) 459-2800
          Facsimile (814) 453-4530
          Email rlanzillo@kmgslaw.com
          PA53811

          Attorneys for Defendants,
          Motion Control Industries, division of
          Carlisle Corporation; and Retirement Plan
          for Bargaining Unit Employees of Motion
          Control Industries, division of Carlisle
          Corporation

\# 653884