# In The United States District Court
## For the Western District of Pennsylvania

Charles D. Wilson )
_____ )
_____ )
)
vs. )          CA 05-122E
Motion Control )
_____ )
_____ )
Defendants )

HEARING ON   Initial CMC

Before   Judge Cohill

Robert Eberle, Esq.                    Rick Lanzillo, Esq.
(by phone)                             Neil Devlin, Esq.

Appear for Plaintiff                   Appear for Defendant

Hearing Begun  1:30  5/17/06           Hrg Adjourned to  —

Hrg concluded C.A.V. 1:40  5/17/06     Stenographer  —

### WITNESSES

For Plaintiff                          For Defendant

CMO to be entered