IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES D. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.  05-122E |
| v. | ) |
| | ) |
| MOTION CONTROL INDUSTRIES, | ) |
| DIVISION OF CARLISLE CORPORATION, | ) |
| RETIREMENT PLAN FOR BARGAINING | ) |
| UNIT EMPLOYEES OF MOTION CONTROL | ) Senior Judge |
| INDUSTRIES, DIVISION OF CARLISLE | ) Maurice B. Cohill, Jr. |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## CONSENT MOTION TO AMEND CASE MANAGEMENT ORDER

AND NOW, come the defendants, by and through their counsel, Knox McLaughlin Gornall and Sennett, P.C., and file the following Consent Motion to Amend Case Management Order:

1. This is the first request to amend the Case Management Order

2. The defendants have served written discovery, the responses to which are expected within one week.

3. Based upon information provided to defendants from plaintiff, defendants have identified one area of inquiry related to phase one fact discovery that requires the deposition of the plaintiff.

4. The defendants require an additional thirty days of discovery to complete this deposition.

5. This extension would result in discovery being completed by August 3, 2006, with motions due on September 1, 2006.

6. Counsel for the plaintiff has consented to this motion.

WHEREFORE, the defendants respectfully request that this Court enter an Order amending the Case Management Order extending the phase I fact discovery until August 3, 2006 and adjusting all other deadlines accordingly and as identified in the attached Proposed Order.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.


BY: __/s/ Richard A. Lanzillo_____
      Richard A. Lanzillo
      Neal R. Devlin
      120 West Tenth Street
      Erie, PA  16501-1461
      (814) 459-2800

      Attorneys for defendants, Motion Control
      Industries, Division of Carlisle Corporation,
      and Retirement Plan for Bargaining Unit
      Employees of Motion Control Industries
      Motion Control