IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES D. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 05-122E |
| v. | ) |
| | ) |
| MOTION CONTROL INDUSTRIES, | ) |
| DIVISION OF CARLISLE CORPORATION, | ) |
| RETIREMENT PLAN FOR BARGAINING | ) |
| UNIT EMPLOYEES OF MOTION CONTROL | ) Senior Judge |
| INDUSTRIES, DIVISION OF CARLISLE | ) Maurice B. Cohill, Jr. |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## **PROPOSED ORDER**

AND NOW, upon consideration of defendants' Consent Motion to Amend Case Management Order, it is hereby **ORDERED** that this motion is **GRANTED**. The Case Management Order is hereby amended as follows:

Phase I fact discovery due by August 3, 2006;

Motions with briefs due September 1, 2006

Responses to Motions with briefs due October 2, 2006

All other deadlines and requirements shall remain unchanged.

BY THE COURT

_____