IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES D. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Nos.   05-122E |
| | ) | |
| v. | ) | |
| | ) | |
| MOTION CONTROL INDUSTRIES, | ) | |
| DIVISION OF CARLISLE CORPORATION, | ) | |
| RETIREMENT PLAN FOR BARGAINING | ) | |
| UNIT EMPLOYEES OF MOTION CONTROL | ) | |
| INDUSTRIES, DIVISION OF CARLISLE | ) | Senior Judge |
| CORPORATION, | ) | Maurice B. Cohill, Jr. |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, _____, Plaintiff having filed a motion for summary judgment, the Defendants having responded and the Court having given the matter due consideration, **IT IS ORDERED**, that the motion be, and the same hereby is, **GRANTED**, and that judgment be entered in the Plaintiff's favor deeming him to be entitled to disability retirement pension benefits from the Retirement Plan for Bargaining Unit Employees of Motion Control Industries, Division of Carlisle Corporation. Plaintiff is directed to file an application for attorneys' fees and costs associated with this litigation within ___ days of this order.

_____
Judge Maurice B. Cohill, Jr.