IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES D. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Nos.   05-122E |
| | ) | |
| v. | ) | |
| | ) | |
| MOTION CONTROL INDUSTRIES, | ) | |
| DIVISION OF CARLISLE CORPORATION, | ) | |
| RETIREMENT PLAN FOR BARGAINING | ) | |
| UNIT EMPLOYEES OF MOTION CONTROL | ) | |
| INDUSTRIES, DIVISION OF CARLISLE | ) | Senior Judge |
| CORPORATION, | ) | Maurice B. Cohill, Jr. |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S APPENDIX TO CONCISE STATEMENT OF MATERIAL FACTS**

Wilson hereby submit this Appendix to their Concise Statement of Material Facts, as required by W.D.PA.LR 56.1(B)(3). The documents appended here to as Exhibits 1-11 are as follows:

1.  7/20/2000 – 6/27/2003 Collective Bargaining Agreement
    A.  Page Nos. 0-2
    B.  Page Nos. 3-5
    C.  Page Nos. 6-8
    D.  Page Nos. 9-11
    E.  Page Nos. 12-14
    F.  Page Nos. 15-17
    G.  Page Nos. 18-20
    H.  Page Nos. 21-23
    I.  Page Nos. 24-26
    J.  Page Nos. 27-29
    K.  Page Nos. 30-32
    L.  Page Nos. 33-35

        M.        Page Nos. 36-38
        N.        Page Nos. 39-41
        O.        Page Nos. 42-44
        P.        Page Nos. 45-48

2. Plan for Hourly Paid Employees
        A.        Page Nos. 0-ii
        B.        Page Nos. iii-2
        C.        Page Nos. 3-5
        D.        Page Nos. 6-8
        E.        Page Nos. 9-11
        F.        Page Nos. 12-14
        G.        Page Nos. 15-17
        H.        Page Nos. 18-20
        I.        Page Nos. 21-23
        J.        Page Nos. 24-26
        K.        Page Nos. 27-29
        L.        Page Nos. 30-32
        M.        Page Nos. 33-35
        N.        Page Nos. 36-38
        O.        Page Nos. 39-41
        P.        Page Nos. 42-45

3. Part II Supplement to Plan

4. Wilson's SSA Notice of Award

5. Wilson deposition transcript

6. March 23, 2004, letter

7. April 20, 2004, letter

8. May 24, 2004, letter

9. Arbitrator Franckiewicz Award

10. Employee Pay Rate and Vacation Schedule

      Respectfully submitted,

      JUBELIRER, PASS & INTRIERI, P.C.

      BY: /s/ Jason Mettley
          Robert A. Eberle, Pa. I.D. #47359
          Jason Mettley, Pa. I.D. #81966
          219 Fort Pitt Boulevard
          Pittsburgh, PA 15222
          (412) 281-3850
          (412) 281-1985 (fax)
          Attorneys for Plaintiffs