(22)    New employees shall receive, during such probationary period, the rate per hour for beginners as shown on Appendix "C" attached to this Agreement.

(23)    Section 2: Appendix "C" entitled Classification and Rates attached to this Agreement has been agreed to by the parties and shall become a part of this Agreement.

(24)    a)    The following classifications will no longer be in the bargaining unit following the ratification of the agreement:

- QC Process Monitor
- Lubricator
- Building and Yard Maintenance

The employees currently in these positions will be "red circled" until they bid out, retire or until this agreement expires. Those employees are: QC Process Monitor (None), Building and Yard Maintenance (Morris O'Rourke) and Lubricator (Dave Gralak). The classifications listed above will still remain outside the jurisdiction of the bargaining unit. During the period of this Collective Bargaining Agreement, the classified rate of these incumbents shall not be less than the current classified rate in addition to contractual increases.

(25)    By mutual agreement, the Company and the Union may explore and implement other types of Production Standards or Incentive Systems. The parties agree that upon ratification of a new contract the parties will establish a Company and Union Committee to look at setting a new method of production standards.

(26)    Section 3: At the end of each day, each employee shall be paid not less than his established day rate for the number of hours he worked within that day. Employees assigned to other work will receive the higher of the two rates for time spent on that job but not less than the classified rate.

(27)    Section 4: It is mutually agreed that the Company, after discussion with the Union, shall have the right to create new classifications of any new type of work it desires to enter into.

6

Exhibit 1

(28)    Section 5: It is agreed that the principle of equal pay for equal work shall prevail.

(29)    Section 6: Any errors, relative to an employee's pay or earnings entitlement caused by the Company will be issued as a separate check within two (2) normal workdays after the entitlement has been substantiated.

(30)    Section 7: The Company provides a system of Direct Deposit for employees' paychecks. This system will be voluntary for employees hired prior to 05/04/92. Any employee hired after 05/04/92 will be required to participate in the Direct Deposit Program upon hire.

## ARTICLE 4
## HOURS & WORKING CONDITIONS

(31)    Section 1: Normal Hours of Work - A normal shift is defined as an eight (8) hour period. A normal day is defined as a 24 hour period, beginning with the scheduled start time of an employee's shift. A normal week is considered five (5) normal shifts, Monday through Friday, except those engaged in continuous operations in which case such employees may have a staggered schedule of five (5) days through a week of seven (7) consecutive days beginning Monday. The work week shall begin at 7:00 AM Monday, except that the following applies to employees assigned to and working the third shift:

(32)    (a)    Third shift work assignments will commence on Sunday evening at 11:00 PM instead of Monday evening at 11:00 PM. All work commencing on Sunday evenings at 11:00 PM shall be considered as Monday work and will be paid as such.

(33)    (b)    All work commencing on Friday evening at 11:00 PM shall be considered as Saturday work and will be paid as such.

(34)    (c)    All work commencing on Saturday evening at 11:00 PM shall be considered Sunday work and will be paid as such.

Exhibit 1

(35)    (d)    By mutual consent, third shift workweek schedules may be adjusted to provide full workweek schedules. This will apply only during those weeks where a holiday or special occasion (i.e. Company picnic) occurs. When such adjustment is made, weekend premium pay will not apply to the adjusted shift.

(36)    Section 2: In an effort to provide for deviations to normally scheduled shifts for legitimate employee needs, the following policy is in place:

(37)    1)    An employee requesting an alternate shift will request the alternate shift seven (7) calendar days in advance from his direct Supervisor on a Request for Adjusted Work Shift form provided by the Company.

(38)    2)    The employee's direct Supervisor will assure that this accommodation will not negatively affect the business operations in any way.

(39)    3)    The employee's direct Supervisor will approve the change provided it can be accommodated on the form supplied.

(40)    4)    Additional approvals will be required from the Departmental Manager, Human Resources Manager and Chief Union Steward for the purpose of assuring the consistent administration of this policy and the legitimacy of the requests. Legitimate requests include those involving medical maintenance, formalized education or family emergencies.

(41)    5)    A copy of the form will be returned to the employee's direct Supervisor and the employee will be notified no less than 48 hours prior to the scheduled shift change.

(42)    Section 3: Night Shift Premium
Any employee working on a shift 50% of the hours of which fall after 3:00 PM and before 7:00 AM shall be paid a shift premium of ten percent (10%) of his earnings for all

8

Exhibit 1