hours worked within a twenty-four (24) hour period. Shift premium shall become part of the base rate for an employee who works on such a shift.

(43) Section 4: Rest Periods
Each employee will be entitled to one (1) ten (10) minute rest period and two (2) five minute rest periods during each work day. In addition, each employee shall be permitted a ten (10) minute personal wash-up period at the end of his shift. For as long as current working conditions exist, the following exceptions will apply:

(44) Employees who are operating preform presses or who are assigned to cure press cleanup shall be permitted fifteen (15) minutes prior to the end of their shift for the purpose of personal washup. Employees in the blending department shall be permitted twenty (20) minutes prior to the end of their shift for purposes of personal washup.

(45) Section 5: Pay for Rest Periods
Hourly workers shall be paid at their classified rate for their time during rest periods and all incentive rates shall be set with an allowance in the rate for such rest periods.

(46) (a)    Lunch Periods
All employees will be permitted a twenty (20) minute lunch period which will be paid at their classified rate.

(47) Section 6: Unsafe Conditions
If any employee feels there is an unsafe working condition in the plant, he shall immediately report such condition to his Supervisor. If a dispute arises, the Human Resources Manager or designee along with a member of the Safety Committee will be contacted immediately and be required to inspect the problem area before the operation is resumed.

(48) The Company will make every effort to alleviate all dust problems and oil leaks brought to its attention by the Union.

(49) Section 7: Company Rules
The Company's rules are posted in conspicuous places throughout the plant. After discussion with the Shop Committee, any new rule or rule which has been changed will become effective seven days from the posting date. Any employee who fails to abide by such rules shall be subject to discipline by the Company.

(50) The Company will designate Smoking and No Smoking areas.

(51) Section 8: Report in Pay
If the Company fails to notify any employee not to report to work at least four (4) hours before his operation is scheduled to commence, and if an employee does in fact report for work, he shall be furnished with four (4) hours of work or four (4) hours of pay, unless the condition is beyond the control of the company. Such an employee may be assigned to any available work.

(52) Section 9: Work Assignments
Nothing contained in this Agreement shall be construed to prevent the Company from assigning any employee to any available position when there is not work in his classification.

(53) The Union agrees to participate in the development of Employee Involvement Teams.

(54) Section 10: Call-In Pay
Any employee after completing his scheduled workday who is called in to work shall receive at least three (3) hours work or pay at the discretion of the Company at double time. This shall not apply to those persons asked to report to work earlier than their regular scheduled starting time. Premium pay will be paid for those hours outside the employee's scheduled shift for which he has been called in. In such instances the employee called in will be required to complete his regular scheduled shift and will not, without mutual consent, leave prior to completing that regular scheduled shift.

10

Exhibit 1

(55)    Section 11: The Company will schedule all bargaining unit jobs on a continuous eight (8) hour shift from punch-in to punch-out.

(56)    (a)    Shift Rotation--For the operations running three (3) shifts, normal shift rotation will consist of one (1) week of 7:00 AM to 3:00 PM, the following week at 11:00 PM to 7:00 AM and the following week of 3:00 PM to 11:00 PM.

(57)    (b)    Less than three (3) shift assignments will be determined on the basis of legitimate business reasons. For operations running one (1) or two (2) shifts, employees will be assigned on a rotation shift basis with the exception of indirect labor and/or developmental operations, excluding skilled labor (maintenance). These exceptions will be scheduled as required by legitimate business reasons.

(58)    (c)    Mid-week shift re-assignment must be mutually agreed to by the Company and the employee.

(59)    (d)    Any deviation from these practices must be mutually agreed to by the Company and the Union.

(60)    (e)    Shift trading with other employees within classification will continue to be accepted practice.

(61)    Section 12: Notice of Layoff or Discharge.
        (a)    The Company will notify the Union seventy-two (72) hours in advance of any layoff. If a layoff is scheduled for a Monday, the Company will notify affected employees the preceding Wednesday.

(62)    (b)    In the case of discharge for cause, the Chief Steward or his designated alternate shall be present when the employee is so notified. All layoffs and discharge shall be subject to the grievance procedure.

Exhibit 1