# ARTICLE 5
# OVERTIME

(63) Section 1: All work performed in excess of eight (8) hours in any one day or forty (40) hours in any regularly scheduled work week shall be paid at the rate of time and one-half. Time and one-half shall be paid for all work performed on Saturdays and double time for all work performed on Sundays.

(64) Section 2: It is agreed that any time compensated at overtime rate shall not be included in calculating the normal workweek for forty (40) hours. That is, there shall be no pyramiding of overtime pay. When different overtime rates apply, the Company will pay the higher of the two rates.

(65) Section 3: Employees working four (4) hours or more of overtime after completing their regular work shift will be allowed a paid one-half hour lunch period.

(66) Section 4: Overtime work in the job classification will be offered to the regular or temporarily assigned operators in the classification based on seniority. For the purpose of Section 5 overtime work refused will be considered as overtime worked. The overtime work will be rotated successively within the job classification based on seniority within the group. The job classification will be predicated on Appendix "C" of the Labor Agreement in effect.

(67) Overtime hours for permanently transferred employees shall be that the employee transferred will be credited with, for overtime assignment purposes, accumulated year-to-date overtime hours equal to the highest number of accumulated hours any employee in the affected classification has as of the date of transfer.

(68) Section 5: Overtime work will be distributed as equally as possible among employees in each department. It is understood that overtime is offered in order of the most senior qualified person low on overtime as follows:

12

Exhibit 1

(69)   (a)   Overtime work will first be offered to bid-in or temporarily assigned operators in each job classification where the overtime opportunity exists.

(70)   (b)   If additional employees are needed to work overtime, qualified employees from within the department will be offered the overtime.

(71)   (c)   If yet additional employees are needed to work overtime in a classification after qualified departmental employees have been offered the overtime opportunity, overtime will be offered plant-wide in order of seniority.

(72)   (d)   In any instance where an employee while working on his shift cannot be located for overtime offering, a representative of the Company, in the presence of a Union Steward or other hourly witness, will make an effort to locate the employee. If he cannot be located, the employee will be passed over for the overtime opportunity and charged the appropriate number of hours.

(73)   (e)   Overtime hours of all employees are returned to "0" on January 1st of each year.

(74)   Qualified shall mean familiar with the work to be performed and the method in which the work is performed and able to satisfactorily perform the work without a training period.

(75)   Section 6: All repairs and rearrangement of plant and equipment, etc. are normally performed by Maintenance Department Employees. Machine clean-up is generally done by production operators, while general plant housekeeping is completed by Custodians and Janitors. If a machine requires cleaning during off-hours for the purposes of maintenance activity and the clean-up operation is expected to take less than two (2) hours, that cleaning may be performed by maintenance. If the cleaning is expected to take longer than two (2) hours, the production operators responsible for that machine will be offered the additional time first. If no production operator

is able or willing to fulfill the obligation, then maintenance will be permitted to clean the machine. When additional help is required, the following principles will apply.

(76)  (a)  When housekeeping, repairs or moving of a specific piece of equipment is scheduled on an overtime basis such overtime work shall be offered to the operator regularly or temporarily assigned on the specific equipment. Assignment of employees will follow the procedure as outlined above, and this overtime work will be integrated with regular work in the job classification for rotation of assignments.'

(77)  (b)  When general housekeeping and general plant-wide maintenance is scheduled for overtime, such work shall be offered to qualified employees on the basis of plant-wide seniority. Assignment of this overtime work will be progressively down the seniority list.

(78)  Stockroom overtime will be offered according to standard procedure when, on any given shift, ten (10) hourly employees are working in the plant. When Maintenance employees are assigned to cover the stockroom in line with a proper overtime offering, the Company will use these employees to perform Maintenance functions as the plant needs dictate and storeroom needs allow.

(79)  Section 7: Departmental overtime lists shall be provided to the Union daily.

(80)  Section 8: When overtime is to be worked on Saturday or Sunday, a notice to sign up will be posted on the overtime board by Wednesday preceding the scheduled overtime. Any employee wishing to be considered for posted overtime shall sign his signature on the appropriate "in class or out of class" line along with shifts they are willing to work not later than 9:00 AM Thursday. The final overtime list and job assignments shall be posted by management not later than 3:00 PM on Thursday preceding the scheduled overtime.

(81)  Section 9: In any case where overtime is scheduled by the Company and it is not possible to notify and offer such overtime assignment to eligible employees prior to their