(120)   Section 9: The Company will furnish the Union with a Seniority List every month.

(121)   Section 10: Maintenance Apprenticeship openings will be filled in accord with the Apprenticeship Agreement, specifically the most qualified candidate will be selected without regard to seniority.

(122)   (a)   When a maintenance (Apprentice, Journeyman, Lead) opening is up for bid, all employees regardless of how long they are on a job will be permitted to bid.

(123)   Section 11: When a job vacancy occurs in the plant, a notice will be placed on the bulletin boards listing the job available. Any employee desiring posted job will accept the assignment, providing he is the successful bidder, by signing a form provided within forty-eight (48) hours from time of posting. The oldest employee in point of seniority shall be given the job providing he is qualified to do the job being bid. Should the successful job bidder fail to qualify for the subject job during a maximum ten (10) day trial period, he shall return to his former job, if available (if not available, to any available job in the plant), and may not bid into another job for a period of twelve (12) weeks. The result of a successful job bid will not involve the breaking in of more than three (3) other jobs in the plant and a successful job bidder shall not bid on another posted job for a period of twelve (12) weeks.

(124)   (a)   If a successful bidder refuses to accept a position, he will be returned to any available work in the plant at the discretion of the Company, and he will not be permitted to bid into another job for a period of six (6) months.

(125)   (b)   Employee will be placed on the bid job as soon as possible but no later than three (3) weeks after the job has been awarded.

(126)   (c)   Job Bidding
   1. Job bids must be signed by the employee or his Union's designee who desire the posted position

and cannot be signed or initialed by any other employee. In addition, the employee must notify the designated Union steward in writing of his desire to allow him to sign bids on his behalf.

(127)    2. Any employee who is not actively working at the time a job bid comes down, due to a physical disability, must promptly submit medical evidence clearly indicating that he will be able to return to work and perform the full duties of the job in question within three (3) weeks following the date the job is awarded, except this will not apply to employees who are disabled as the result of an in-plant injury and unable to work or working on light duty.

(128)    3. A permanent job bid shall be considered permanent only after the assigned employee has worked on the job for ten (10) days. In the event the employee is removed within the ten (10) days because the job is abolished due to lack of work, he will be returned to his former job.

(129) (d)    In-house Recall
1. In the case where the number of employees in a classification is being reduced, but the total number of plant employees is not being reduced, the reduction will begin with the most junior employee within the classification. Those employees affected will be assigned available openings in the plant but will retain recall rights to their former assignments, in line with their seniority, for a period of time up to ten (10) calendar days, without the necessity of a job bid. All reductions lasting more than seven (7) calendar days will be reduced to writing. The ten (10) day recall period will begin on the first day following the last day the employee worked in his respective classification. Employees who are laid off and not actively working do not hold job rights.

(130)    2. Recall rights are to be extended (start over again) if someone other than a bid-in employee junior to the affected employee is placed on the affected

Exhibit 1

employee's previous job for a full shift or eight (8) consecutive hours. Four (4) hours of overtime worked in a classification that has been reduced will renew the employee's recall rights.

(131) This does not apply when such job assignments are required to replace more senior employees who are absent or if the affected employee himself is not available to work the assignment in question.

(132)   e) Job openings for sickness or accident, approved leave of absence and workers compensation will be bid temporarily after four (4) weeks. If a vacancy becomes permanent, the temporary bid operator will become permanent.

(133) Section 12: Temporary layoffs not exceeding three (3) working days may be made in any emergency arising out of power failures, major equipment breakdown (i.e. boiler), fires and disasters.

(134) During such emergency the Company shall have the right to make layoffs without reference to seniority status on affected jobs exclusive of Union Stewards in the affected assignments who will be given any available work. If any additional work is available, it will be distributed to the employees on temporary layoffs in accordance with seniority provided they are qualified to do the available work.

(135) Section 13: The Company will offer available work to the employees on available work in line with their seniority provided they are qualified to perform the job requested and provided they are not late in reporting for work. If an available work job is refused down the line of seniority, the junior most employee must accept the job assigned by his Supervisor. Job preference for available work is not applicable to temporarily out of work employees. If all available work jobs are filled, the employee will be given the option to leave the plant due to lack of work (without pay) or train (at his classified rate of pay) on available job with bid-in operator as assigned by his Supervisor.