IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES D.WILSON, | ) | Docket No. 05-122E |
| | ) | (Judge Maurice B. Cohill, Jr.) |
| Plaintiff | ) | |
| | ) | ELECTRONICALLY FILED PLEADING |
| vs. | ) | |
| | ) | |
| MOTION CONTROL INDUSTRIES, | ) | DEFENDANTS' MOTION FOR SUMMARY |
| DIVISION OF CARLISLE | ) | JUDGMENT |
| CORPORATION, RETIREMENT PLAN | ) | |
| FOR BARGAINING UNIT EMPLOYEES | ) | Filed on behalf of:  Defendants |
| OF MOTION CONTROL INDUSTRIES, | ) | |
| DIVISION OF CARLISLE | ) | Counsel of record for this party: |
| CORPORATION, | ) | Richard A. Lanzillo, Esq. |
| | ) | Knox McLaughlin Gornall |
| Defendants | ) | & Sennett, P.C. |
| | ) | 120 West 10th Street |
| | ) | Erie, PA 16501 |
| | ) | Telephone (814) 459-2800 |
| | ) | Facsimile (814) 453-4530 |
| | ) | Email rlanzillo@kmgslaw.com |
| | ) | PA53811 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Motion Control Industries, Inc., Division of Carlisle Corporation, and

Retirement Plan for Bargaining Unit Employees of Motion Control Industries, Division of

Carlisle Corporation, hereby move for summary judgment pursuant to F.R.C.P. 56.

In support of this motion, defendants incorporate by reference their Concise

Statement of Material Facts, Appendix of Exhibits, and Memorandum in Support of Motion for

Summary Judgment.

For the reasons set forth in their accompanying memorandum, defendants are

entitled to summary judgment on plaintiff's claim.  No material issue of fact remains for trial and

defendants are entitled to judgment in their favor as a matter of law.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.


DATE:  September 1, 2006                    By: Richard A. Lanzillo /s/
                                                Richard A. Lanzillo
                                                PA53811
                                                120 West Tenth Street
                                                Erie, PA  16501-1461
                                                Telephone: (814) 459-2800
                                                Fax: (814) 453-4530
                                                Email:  rlanzill@kmgslaw.com

                                                Attorneys for Defendants, Motion
                                                Control Industries, Division of
                                                Carlisle Corporation, Retirement
                                                Plan for Bargaining Unit Employees
                                                of Motion Control Industries,
                                                Division of Carlisle Corporation

# 688369