(151) (a) Ten (10) days unscheduled, at employee discretion. Must notify Supervisor one (1) hour prior to start of employee's scheduled shift.

(152) (b) Remainder of scheduled vacation may be taken with twenty-four (24) hours advance notification.

(153) Up to two (2) weeks pay in lieu of time off may be taken. Such requests must be designated two (2) weeks in advance.

(154) Section 2: Effective on Employee's hiring date, paid vacations will be granted as follows:

(155)

| EMPLOYMENT OVER | BUT LESS THAN | DAYS OF VACATION EARNED |
|---|---|---|
| 1 year | 2 years | 5 days |
| 2 years | 3 years | 6 days |
| 3 years | 5 years | 10 days |
| 5 years | 7 years | 11 days |
| 7 years | 8 years | 12 days |
| 8 years | 9 years | 13 days |
| 9 years | 10 years | 14 days |
| 10 years | 15 years | 15 days |
| 15 years | 20 years | 20 days |
| 20 years | 25 years | 25 days |
| 25 years | ---------- | 30 days |

(156) Section 3: The anniversary date for computation of vacation payments will be calculated on the twelve (12) month period beginning with the employee's hiring date. All unused vacation will be paid on the following anniversary date in lieu of additional time off. Up to a maximum of two (2) days vacation in advance will be permitted if the employee's upcoming anniversary date falls within one (1) month of the requested advance vacation day.

(157) Section 4: Vacations shall be paid at the employee's classified rate (including shift differential, if applicable).

(158) (a) Employees absent during the vacation will be considered as having continuous service.

(159) Section 5: All Employees whose services are terminated for any cause whatsoever shall receive with their final pay their accumulated vacation hours.

(160) Section 6: All employees who are covered by this Agreement shall receive their accumulated vacation allowed at the time they leave for the Armed Forces or the Auxiliary Services.

(161) Section 7: The Company will provide employees with notification thirty (30) days prior to any shutdown. The Company may also schedule a consecutive five workday shutdown (once during each calendar year during July or December) in which employees will be required to hold and take one of their vacation weeks. This shutdown will be scheduled by January 1st of the calendar year that is scheduled.

(162) Section 8: An employee who works less than a full twelve (12) months during his service year because of layoff for lack of work in line with his seniority, will have his vacation entitlement prorated in increments of 1/12th for each month worked (rounded up to the nearest full day) upon his return to active status. A one-month grace period will be allowed without any reduction in vacation entitlement. Vacation requests will only be denied if both the Company and Union mutually agree.

(163) For the purpose of this Article, a full day's pay within any month shall count as a full month's vacation credit.

## ARTICLE 12
## GRIEVANCE PROCEDURE

(164) Section 1: The Union shall have the right to utilize the grievance procedure to resolve any procedural or substantive matters as they pertain to this collective

28
Exhibit 1

bargaining agreement. The Union shall have sixty (60) days from the occurrence or from the time the Union knew about the issue to file a grievance. All employee grievances between the Company and the Union which arise under this contract shall be addressed in the following manner.

(165) Step 1: A discussion regarding the incident in question shall be held between the affected employee or employees involved, the Steward and the employee's immediate Supervisor. In the event a satisfactory settlement is not reached within one (1) regular working day the matter will be reduced to writing which must include the specific alleged violation and the remedy sought. Said grievance form shall then be referred to the Supervisor for reply within two regular working days.

(166) Step 2: The employee's immediate Supervisor, in conjunction with his Manager, shall answer the written grievance within two (2) regular working days. If the answer is unsatisfactory the grievance form, containing the written reason for it being marked unsatisfactory, will be returned to the immediate supervisor within two (2) regular working days. From there, it will be referred to:

(167) Step 3: Representatives of the Company and Shop Committee shall meet to discuss the grievance within five (5) working days and written reply shall be given to the Union within three (3) regular working days at the conclusion of the meeting. If the answer is un-satisfactory, the grievance form with written reason for it being marked unsatisfactory, will be returned to the Human Resources Department within three (3) regular working days. From there it will be referred to:

(168) Step 4: Representatives of the Company and Representatives of the Union shall meet within ten (10) working days to discuss the grievance, and written reply shall be given to the Union within five (5) regular working days at the conclusion of the meeting. If the answer is unsatisfactory, the grievance form with written reason for it being marked unsatisfactory, will be returned to the Human Resources Manager within ten (10) regular working days.