(211)  Section 3: Each employee will receive a Pension Booklet.

## ARTICLE 16
## FUNERAL LEAVE

(212)  Section 1: Three (3) days of leave with pay will be allowed to full time employees to attend the funeral of a member of an employee's immediate family.

(213)  Section 2: In order for an employee to receive funeral pay, he must have actually taken the days off and not be receiving pay for any other reason.  No double payment will be made for funeral pay.

(214)  Section 3: Pay per day will be eight (8) hours at the regular straight time rate of pay.

(215)  Section 4: Immediate family includes wife or husband, children, brother or sister, mother or father, foster parents, mother-in-law, and father-in-law.  Day of funeral only for grandparents, grandchildren and step-parents. Immediate family shall include only the categories mentioned and not other affiliations, legal or otherwise.

(216)  Section 5: Employees become eligible for funeral leave after they have completed the probationary period.  Newly hired employees who have not completed their probation will be excused for approved funeral leave without pay.

(217)  Section 6: If required by the Company, the employee will furnish satisfactory proof of death, relationship, and attendance at the funeral.

## ARTICLE 17
## JURY DUTY

(218)  Section 1: The Company agrees to pay a permanent employee the difference between monies received as a juror or at a coroner's inquest and straight time hourly classified rate for time lost as a juror or at a coroner's inquest.  This benefit will be paid for no more than three (3) months per year.

Exhibit 1

## ARTICLE 18
## STRIKES AND LOCKOUTS

(219)   Section 1: The Union will not cause or officially sanction its members to cause or take part in any strikes (including sit-downs, stay-ins, slow-downs, or any other stoppages of work), and will cooperate with the Company in every way possible to prevent any such stoppages of work, and to terminate such stoppages that may occur as soon as possible.  The Company agrees not to lockout any of the employees.

## ARTICLE 19
## CHANGE IN LAW

(220)   Section 1: It is mutually agreed that if the adoption or repeal of any State or Federal Legislation or regulation conflicts with or is contrary to, or has any direct bearing upon any of the provisions of this Agreement, negotiations will, upon demand, be opened to make the necessary adjustment, but such negotiations shall be confined to changes in existing laws or regulations.

## ARTICLE 20
## SCOPE OF AGREEMENT

(221)   Section 1:
        (a)     The contracting parties agree to apply this Agreement to all Employees in the bargaining unit.

(222)   (b)     This Agreement and such supplements as may be attached to this Agreement express the understanding of the contracting parties and can only be changed by mutual consent in writing.

(223)   (c)     This agreement and such supplements as may be attached to this Agreement supersede all previous Agreements.

(224)   (d)     The Union and the Company agree that this Agreement is intended to cover all matters affecting wages, hours, and other terms and all conditions of employment and similar or related subjects, and that during the term of this Agreement neither the

Exhibit 1

Company nor the Union will be required to negotiate on any further matters affecting these or any other subjects not specifically set forth in the Agreement, which includes such items as insurance, pension, job classifications, etc. This subsection shall in no way detract from the provisions of Article 12.

## ARTICLE 21
### EXPIRATION AND RENEWAL

(225)    Section 1: This Agreement shall remain in effect from the date of execution hereof until midnight, June 27, 2003, and then shall automatically renew for one (1) year period unless either party gives written notice by certified mail to the other party and such notice must be received or postmarked at least sixty (60) days prior to any expiration time of intention to terminate.    In the event such notice is received, then upon request, a conference shall be arranged between the parties within ten (10) days after receipt of such notice.

(226)    IN WITNESS WHEREOF, the Company and the Union have caused these present to be signed and duly executed this 20th day of July, 2000.

For the Company:
    David Zwald
    David M. Cavalline
    John Orsulak
    Keith Wright

For the Union:
    Larry Donachy
    Bruce Kinley
    Paul Elias
    Rich Dush
    Ken Wilson
    Walter Donachy
    Edward Greenawalt

Exhibit 1