# APPENDIX B (con't)
# MEDICAL INSURANCE – MANAGED CARE

| | Coordinate Care "In Network" | Self-Referred "In or Out-of-Network |
|---|---|---|
| Mental Health Inpatient | 100% | 80% after deductible |
| Outpatient | 100% | 50% after deductible |
| Substance Abuse (PA mandated benefits indicated below) Inpatient Detoxification | 100% 7 days admission 4 admissions per lifetime | 80% after deductible 7 days admission 4 admissions per lifetime |
| Rehabilitation | 100% 30 days/year 90 days/lifetime | 80% after deductible 30 days/year 90 days/lifetime |
| Outpatient | 100% 60 visits/year 120 visits/lifetime | 50% after deductible 60 visits/year 120 visits/lifetime |
| Skilled Nursing Care Facility | 100% | 80% after deductible Limit 50 days per year |
| Home Health Care | 100% | 80% after deductible Limit 50 visits/year |
| Private Duty Nursing | 100% | 80% after deductible Limit: $5,000/year |
| Pre-certification Requirements | Performed by Network Medical Management | Required for inpatient admission to non-participating hospital |

**A female member may self-refer to a network OB/GYN of her choice for an annual gynecological examination, mammogram and PAP smear, as well as for maternity care.

42
Exhibit 1

## APPENDIX B (con't)
## MEDICAL INSURANCE – FEE FOR SERVICE

| | |
|---|---|
| *BLUE CROSS COVERAGE – HOSPITAL BENEFITS (Blue Cross benefits cover 100% of eligible inpatient and outpatient charges for services provided by hospitals and other participating health care facilities.)* | |
| Inpatient Days | 365 days per admission. A new admission begins 90 days after the discharge date. |
| Room Accommodations | Semi-private: Full allowance. Private Room: equal to the hospital's most common charge for semi-private rooms. |
| Hospital Ancillary Services | No dollar limit for services provided |
| Diagnostic Services | Covered as an inpatient |
| Outpatient: Emergency Accident | Covered within 72 hours |
| Diagnostic X-rays | $50 deductible. This deductible will not be eligible for reimbursement under Major Medical Benefits. |
| Diagnostic Testing | No maximum, no deductible for specific covered tests |
| Diagnostic Laboratory | No maximum, no deductible |
| Minor Surgery – Covered Radiation Therapy | |
| Drug and Alcohol: Detoxification | 7 days per admission, 4 admissions per lifetime |
| Rehabilitation | 30 days per year, 90 days per lifetime |
| Ambulatory | 60 outpatient services per year, 120 services per lifetime |
| Skilled Nursing Facility Services | Covered – 2 days in a Skilled Nursing Facility equals 1 hospital day |
| Home Care Services | Covered – 100 visit per 12-month period |
| *BLUE SHIELD COVERAGE – PHYSICIAN BENEFITS (Blue Shield Medical/Surgical benefits cover eligible services provided by physicians and other health care professionals.)* | |
| Surgical Operations... Obstetrical Services including routine newborn care Oral Surgery Second Surgical Opinion Radiation Therapy Diagnostic X-ray Services Allergy Testing Anesthesia Shock Therapy | Covered – Payment based on Usual Customary and Reasonable (UCR) charge |
| Medical and Osteopathic Care Consultation Services Physical Therapy | Covered in hospital only |
| Home and Office Calls | For employees only when they are unable to work - $25 deductible |
| Diagnostic Pathology | $100 maximum per calendar year for diagnostic pathology tests. Expenses in excess of $100 for these tests will be eligible for reimbursement under Major Medical benefits. (Standard deductible and co-insurance for Major Medical apply.) |
| Emergency Accident Care | Covered in or out of the hospital within 72 hours |

43

Exhibit 1

## APPENDIX B (con't)
## MEDICAL INSURANCE – FEE FOR SERVICE

| *MAJOR MEDICAL | |
|---|---|
| Deductible | $250 per person – maximum of 3 per family |
| Co-insurance | After the deductible, 80% of the next $2,000 of eligible expenses covered, then 100% of excess eligible expenses covered |
| Out-of-Pocket Limit | Deductible + Co-insurance |
| Lifetime Maximum | $1,000,000 per person. Up to $1,000 automatically reinstated each January 1st |
| Private Room Allowance | Limited to the average semi-private room charge |
| Ambulance Expenses | Covered when medically necessary |
| Psychiatric Care Expenses:<br>Inpatient<br>Outpatient<br>Maximum per Outpatient:<br>Physician Visit<br>Lifetime Maximum | <br>Patient is responsible for 20%<br>Patient is responsible for 50%<br><br>$40 (paid at 50% = $20)<br>$10,000 – non-reinstatable |

*Appendix B is only a summary of you Health Benefit Plans. Please refer to your Health Plan Booklet for specific details.