LAW OFFICES

# JUBELIRER, PASS & INTRIERI, P.C.

219 FORT PITT BOULEVARD
PITTSBURGH, PENNSYLVANIA 15222-1576

412-281-3850
412-261-0147

JOSEPH J. PASS
NEAL R. CRAMER
ERNEST B. ORSATTI
EDWARD H. WALTER
ROBERT A. EBERLE
JAMES A. WELKER
JASON METTLEY
JOSEPH SANTINO PASS

BEN PAUL JUBELIRER (1904-1983)
FRANK P. G. INTRIERI (1942-1976)

FAX. 412-281-1985

May 24, 2004

Richard W. Perhacs, Esquire
Knox, McLaughlin, Gornall & Sennett
120 W. 10th Street
Erie, PA  16501-1461

  Re: Donald A. Davido, Jr., Terry K. Rockwell, James E. Clark,
     Henry M. Hearne, William F. Lunder, Paul L. Plyler,
     Lynn A. Rhodes and Glenn H. Olay
     Disability Pension Claims With Motion Control Industries

Dear Rich:

  I received your letter dated April 20, 2004, in response to my letter of March 23, 2004, regarding Don Davido and Terry Rockwell. I have been contacted by the other individuals listed above because they also have claims for disability pensions with Motion Control. Although their individual circumstances vary somewhat, the common thread is that each individual has been informed by the Pension Plan Administrator's office that they do not qualify for a disability pension benefit because they were not actively working for Motion Control at the time the disability claim arose. This is the same basis asserted in the cases of Davido and Rockwell.

  After I received your letter of April 20, 2004, I instructed Davido and Rockwell to once again request an application for benefits. Rockwell informed me that he contacted the Plan Administrator's office on Monday, May 17, 2004, and they refused once again to provide him with an application for benefits. I am bringing this to your attention because there does not seem to be any reason to believe that further efforts to exhaust the administrative process are warranted. If there is something further that can be done, I am asking you to advise what that next step would be. Please note that whatever would be the next step, the other individuals listed above will also pursue that step. If you require information regarding the circumstances surrounding the claims of the other individuals, please let me know and I will forward that information to you immediately.

Exhibit 8

Richard W. Perhacs, Esquire
Page 2
May 24, 2004

    Your attention to this matter will be greatly appreciated.

                              Very truly yours,

                              Robert A. Eberle

RAE:dmc

cc: Donald A. Davido, Jr.
    Terry K. Rockwell
    James E. Clark
    Henry M. Hearne
    William F. Lunder
    Paul L. Plyler
    Lynn A. Rhodes
    Glenn H. Olay
    Larry Donachy
    Edward Greenawalt

Exhibit 8