# EMPLOYEE PAYRATE and VACATION

As of March 16, 2002

| FILE# | NAME | HIREDATE | WARN ACT PAYRATE | CLASSIFIED RATE | 9 WKS PAY | 3/15/2002 VAC HRS REMAINING | 3/16/2002 ACCRUED VACATION | TOTAL VAC 7/1/2002 $.15 pay Increase |
|---|---|---|---|---|---|---|---|---|
| 20043 | Peterson, Donald S | 3/24/1953 | $16.73 | $16.73 | $6,022.80 | 40 | 240 | $4,015.20 | $4,726.40 |
| 20060 | Zaunick, Emil | 10/20/1958 | $16.73 | $16.73 | $6,022.80 | 40 | 240 | $669.20 | |
| 20101 | Sheehan, Jack F | 7/20/1964 | $16.85 | $16.85 | $6,022.80 | 136 | 120 | $2,275.28 | $4,321.28 |
| 20173 | Olszewski, Richard J | 1/15/1968 | $16.35 | $16.35 | $6,066.00 | 144 | 184 | $2,426.40 | $5,576.00 |
| 20178 | Keller Jr, Anthony G | 1/22/1968 | $16.35 | $16.35 | $5,886.00 | 224 | 80 | $3,662.40 | $5,016.00 |
| 20260 | Mooney, George E | 6/10/1968 | $16.00 | $16.00 | $5,886.00 | 240 | 64 | $3,924.00 | $5,016.00 |
| 20283 | Lunder, William F | 7/29/1968 | $16.35 | $16.00 | $5,760.00 | 136 | 224 | $2,176.00 | $5,814.00 |
| 20295 | Samick, Robert F | 8/12/1968 | $16.73 | $16.35 | $5,886.00 | 0 | 184 | $0.00 | $3,036.00 |
| 20306 | Brown, James A | 9/3/1968 | $14.85 | $16.73 | $6,022.80 | 112 | 184 | $1,873.76 | $4,996.48 |
| 20356 | Rhed, Joseph F | 11/11/1968 | $15.29 | $13.90 | $5,504.40 | 184 | 160 | $2,813.36 | $5,311.36 |
| 20421 | Rockwell, Terry K | 4/21/1969 | $16.85 | $16.35 | $5,886.00 | 176 | 120 | $2,877.60 | $4,884.00 |
| 20446 | Verbeck, John C | 6/17/1969 | $14.85 | $16.35 | $6,066.00 | 0 | 240 | $0.00 | $4,080.00 |
| 20458 | Plyler, Samuel F | 7/28/1969 | $18.54 | $14.85 | $5,346.00 | 12 | 200 | $178.20 | $3,180.00 |
| 20468 | Hansen, Thomas C | 9/3/1969 | $16.34 | $16.85 | $6,674.40 | 60 | 184 | $1,112.40 | $3,411.36 |
| 20469 | Marsh, Theodore J | 9/2/1969 | $18.25 | $14.85 | $5,882.40 | 100 | 160 | $1,634.00 | $4,287.40 |
| 20475 | Weaver, Thomas P | 9/16/1969 | $16.10 | $16.63 | $6,570.00 | 144 | 160 | $2,628.00 | $5,593.60 |
| 20629 | Gess, Veryl B | 2/21/1972 | $16.89 | $16.10 | $5,796.00 | 192 | 144 | $3,091.20 | $5,460.00 |
| 20630 | Wilson, Charles D | 2/25/1972 | $17.38 | $15.35 | $6,080.40 | 240 | 40 | $4,053.60 | $4,771.20 |
| 20633 | Solomon, Paul J | 2/29/1972 | $17.71 | $16.15 | $6,256.80 | 240 | 40 | $4,171.20 | $4,908.40 |
| 20636 | Reibsome, Paul | 3/29/1972 | $16.81 | $16.10 | $6,375.60 | 160 | 40 | $2,833.60 | $3,572.00 |
| 20653 | Milford, William R | 7/12/1972 | $19.64 | $15.35 | $6,051.60 | 124 | 240 | $2,084.44 | $6,173.44 |
| 20656 | Chatfield, Keith L | 9/5/1972 | $17.99 | $17.85 | $7,070.40 | 144 | 200 | $2,828.16 | $6,807.76 |
| 20660 | Martinez, Ronald G | 12/26/1972 | $17.99 | $16.35 | $6,476.40 | 64 | 160 | $1,151.36 | $4,063.36 |
| 20665 | Griech, Roger P | 10/26/1972 | $14.60 | $16.35 | $6,476.40 | 104 | 80 | $1,870.96 | $3,337.76 |
| 20676 | Popson, Anthony F | 1/15/1973 | $18.54 | $14.60 | $5,256.00 | 92 | 120 | $1,343.20 | $3,127.00 |
| 20690 | Ward, Jack C | 4/2/1973 | $17.01 | $16.85 | $6,674.40 | 240 | 80 | $4,449.60 | $5,980.80 |
| 20692 | Busatto, Frank F | 4/9/1973 | $17.99 | $16.35 | $6,123.60 | 0 | 240 | $0.00 | $4,118.40 |
| 20694 | Fields, Marlon E | 4/16/1973 | $14.65 | $16.10 | $5,796.00 | 96 | 240 | $1,545.60 | $5,460.00 |
| 20701 | Piatkiewicz, Raymond A | 4/30/1973 | $16.99 | $14.65 | $5,274.00 | 28 | 240 | $410.20 | $3,966.40 |
| 20705 | Yorns, Samuel A | 5/3/1973 | $18.54 | $16.15 | $6,116.40 | 16 | 240 | $271.84 | $4,387.84 |
| 20721 | Davison, Thomas R | 6/12/1973 | $17.99 | $16.85 | $6,674.40 | 24 | 240 | $444.96 | $4,934.16 |
| 20747 | Clark, James E | 8/6/1973 | $15.95 | $16.35 | $6,476.40 | 36 | 224 | $647.64 | $4,716.40 |
|  |  |  |  | $15.75 | $5,742.00 | 200 | 184 | $3,190.00 | $6,182.40 |

Page 1



EXHIBIT  UNION 1   Exhibit 10

EMPLOYEE PAY RATE and VACATION

| ID | Name | Date | Rate | Rate2 | Hours | Amount1 | Amount2 |
|---|---|---|---|---|---|---|---|
| 20759 | Jones, Rodney H | 9/4/1973 | $15.75 | $15.75 | 112 | $1,764.00 | 160 | $2,520.00 | $4,324.80 |
| 20767 | Hearne, Henry M | 9/26/1973 | $13.90 | $13.90 | 184 | $2,557.60 | 144 | $2,001.60 | $4,608.40 |
| 20795 | Rhodes, Lynn A | 1/30/1974 | $16.85 | $16.85 | 244 | $4,111.40 | 64 | $1,078.40 | $5,236.00 |
| 20813 | Hutchins, Dwight L | 3/19/1974 | $16.85 | $16.85 | 244 | $4,111.40 | 64 | $1,078.40 | $5,236.00 |
| 20820 | Gess Jr, Dale E | 4/8/1974 | $18.54 | $16.85 | 80 | $1,483.20 | 240 | $4,449.60 | $5,980.80 |
| 20821 | Carnahan, Randall L | 4/8/1974 | | $13.90 | 0 | $0.00 | | | $0.00 |
| 20843 | Weyant, Rodney L | 4/1/1974 | $14.85 | $14.85 | 32 | $475.20 | 240 | $3,564.00 | $4,080.00 |
| 20846 | Bailey, James W | 5/8/1974 | $16.35 | $16.35 | 36 | $588.60 | 240 | $3,924.00 | $4,554.00 |
| 20854 | Bowers, Thomas P | 5/21/1974 | | $16.85 | 0 | $0.00 | | | $0.00 |
| 20861 | Santiso Jr, Anthony P | 6/4/1974 | $17.99 | $16.35 | 84 | $1,511.16 | 224 | $4,029.76 | $5,587.12 |
| 20862 | Woodward, Steve A | 6/18/1974 | $15.75 | $15.75 | 76 | $1,197.00 | 200 | $3,150.00 | $4,388.40 |
| 20863 | Davison, James W | 6/24/1974 | $16.35 | $16.35 | 40 | $654.00 | 200 | $3,270.00 | $3,960.00 |
| 20871 | Amacher Jr, George E | 6/24/1974 | $15.35 | $15.35 | 0 | $0.00 | 200 | $3,070.00 | $3,100.00 |
| 20882 | Barnett, Reid A | 7/17/1974 | $17.99 | $16.35 | 0 | $0.00 | 184 | $3,310.16 | $3,337.76 |
| 20885 | Laughner Jr, Richard R | 8/19/1974 | $16.37 | $16.35 | 136 | $2,226.32 | 160 | $2,619.20 | $4,889.92 |
| 20893 | Russell Donald S | 8/26/1974 | $16.96 | $16.35 | 176 | $2,984.96 | 160 | $2,713.60 | $5,748.96 |
| 20899 | Rhines, David L | 9/9/1974 | $17.99 | $16.35 | 28 | $503.72 | 160 | $2,878.40 | $3,410.32 |
| 20902 | Richards, Harry J | 9/17/1974 | $16.85 | $16.85 | 208 | $3,504.80 | 144 | $2,426.40 | $5,984.00 |
| 20944 | Sullivan, Robert C | 9/16/1974 | $15.35 | $15.35 | 156 | $2,394.60 | 144 | $2,210.40 | $4,650.00 |
| 20957 | Kinley, Bruce A | 12/9/1974 | $15.16 | $14.85 | 240 | $3,638.40 | 104 | $1,576.64 | $5,266.64 |
| 20964 | Bauer, Stanford L | 4/10/1975 | $17.99 | $16.35 | 24 | $431.76 | 240 | $4,317.60 | $4,788.96 |
| 20965 | Puhala, William E | 4/30/1975 | $17.79 | $16.35 | 0 | $0.00 | 240 | $4,269.60 | $4,305.60 |
| 20972 | Slattery, Joseph E | 5/13/1975 | $16.06 | $14.60 | 176 | $2,826.56 | 240 | $3,854.40 | $6,743.36 |
| 20973 | Dietrick, Charles P | 8/4/1975 | $15.75 | $15.75 | 168 | $2,646.00 | 184 | $2,898.00 | $5,596.80 |
| 20981 | Clark, David P | 8/6/1975 | $16.15 | $16.15 | 228 | $3,682.20 | 184 | $2,971.60 | $6,715.60 |
| 20982 | Blank, Robert E | 2/24/1976 | $15.66 | $15.35 | 240 | $3,758.40 | 40 | $626.40 | $4,426.80 |
| 20984 | Simchick, John J | 3/1/1976 | $16.85 | $16.85 | 160 | $2,696.00 | 40 | $674.00 | $3,400.00 |
| 20999 | Goodreau, William J | 1/9/1978 | $17.33 | $15.75 | 104 | $1,802.32 | 64 | $1,109.12 | $2,936.64 |
| 21003 | Ribovic, Gary P | 4/12/1976 | $17.76 | $16.15 | 0 | $0.00 | 240 | $4,262.40 | $4,298.40 |
| 21026 | Plyler, Paul L | 4/22/1976 | $16.15 | $15.70 | 0 | $0.00 | 240 | $3,876.00 | $3,912.00 |
| 21028 | Anderson, Leonard C | 6/4/1976 | $16.35 | $15.75 | 24 | $392.40 | 224 | $3,662.40 | $4,092.00 |
| 21035 | Caggiano, Charles M | 6/7/1976 | $18.54 | $16.85 | 160 | $2,966.40 | 224 | $4,152.96 | $7,176.96 |
| 21039 | Linder, Thomas T | 6/9/1976 | $14.43 | $14.35 | 0 | $0.00 | 224 | $3,232.32 | $3,265.92 |
| 21047 | Mack Jr, Roy J | 6/10/1976 | $16.35 | $16.35 | 84 | $1,373.40 | 224 | $3,662.40 | $5,082.00 |
| 21051 | Copelli, Raymond J | 3/22/1977 | $16.85 | $16.85 | 0 | $0.00 | 200 | $3,370.00 | $3,400.00 |
| 21052 | Fields, Darcy L | 6/17/1976 | $15.66 | $15.35 | 144 | $2,255.04 | 200 | $3,132.00 | $5,438.64 |
| | | 6/21/1976 | $15.60 | $15.60 | 48 | $748.80 | 200 | $3,120.00 | $3,906.00 |

Exhibit 10

EMPLOYEE PAY RATE and VACATION

| ID | Name | Date | Rate | Rate 2 | Amount | Hours | Amount 2 | Total |
|---|---|---|---|---|---|---|---|---|
| 21089 | Irvine, Daniel S | 9/8/1976 | $18.54 | $16.85 | $6,674.40 | 40 | $741.60 | $2,966.40 |
| 21105 | Stahl, Jamie E | 9/17/1976 | $16.60 | $16.60 | $5,976.00 | 96 | $1,593.60 | $2,390.40 |
| 21119 | Wilson, Kenneth P | 9/27/1976 | $16.24 | $15.70 | $5,846.40 | 148 | $2,403.52 | $4,020.00 |
| 21126 | Geist, Randy S | 10/1/1976 | $17.99 | $16.35 | $6,476.40 | 144 | $2,338.56 | $4,785.88 |
| 21130 | Bennett, Leland J | 10/19/1976 | $17.27 | $15.70 | $6,217.20 | 8 | $143.92 | $2,757.28 |
| 21131 | Woodford Jr, Paul R | 10/18/1976 | $15.70 | $15.70 | $5,670.00 | 124 | $2,141.48 | $4,250.48 |
| 21135 | Boschini, Dennis P | 10/25/1976 | $15.75 | $15.75 | $5,670.00 | 228 | $3,591.00 | $5,533.20 |
| 21144 | Williamson, Allen R | 10/29/1976 | $17.33 | $15.75 | $6,238.80 | 216 | $3,743.28 | $5,873.28 |
| 21149 | Tripodi, David D | 11/15/1976 | $13.38 | $13.38 | $4,816.80 | 240 | $3,211.20 | $4,870.80 |
| 21151 | Stubbs, Ronald A | 11/16/1976 | $16.58 | $16.15 | $5,968.80 | 120 | $1,989.60 | $4,015.20 |
| 21153 | Taylor, Philip E | 11/16/1976 | $16.59 | $16.35 | $5,972.40 | 200 | $3,318.00 | $5,088.96 |
| 21156 | Vantassel, Edmund B | 11/17/1976 | $18.54 | $16.85 | $6,674.40 | 188 | $3,485.52 | $5,457.48 |
| 21159 | Greenawalt, Robert J | 11/19/1976 | $18.54 | $16.85 | $6,674.40 | 200 | $3,708.00 | $5,681.76 |
| 21161 | Sailzzoni, Albert L | 11/30/1976 | $17.03 | $16.35 | $6,130.80 | 168 | $2,861.04 | $4,672.96 |
| 21164 | Dush, Richard B | 12/7/1976 | $16.85 | $16.85 | $6,066.00 | 240 | $4,044.00 | $5,848.00 |
| 21169 | Disque, Steven R | 12/8/1976 | $16.85 | $16.85 | $6,066.00 | 232 | $3,909.20 | $5,712.00 |
| 21170 | Huber, Darrell E | 12/15/1976 | $16.85 | $16.85 | $6,066.00 | 96 | $1,617.60 | $3,400.00 |
| 21181 | Dickani, James E | 12/16/1976 | $16.49 | $15.70 | $5,936.40 | 136 | $2,242.64 | $3,594.24 |
| 21183 | Jewart, Timothy R | 1/24/1977 | $17.15 | $16.35 | $6,174.00 | 144 | $2,469.60 | $3,598.40 |
| 21188 | Wygant, John G | 3/15/1977 | $16.86 | $15.35 | $6,069.60 | 224 | $3,776.64 | $4,898.88 |
| 21193 | Glover, Richard A | 4/4/1977 | $16.49 | $16.15 | $5,936.40 | 252 | $4,155.48 | $4,858.88 |
| 21195 | Lowe, Jerry L | 4/5/1977 | $18.54 | $16.85 | $6,674.40 | 32 | $593.28 | $4,336.08 |
| 21196 | Gapinski II, Edwin P | 4/11/1977 | $16.87 | $15.75 | $6,073.20 | 0 | $0.00 | $3,404.00 |
| 21204 | Tassone, Ralph J | 5/2/1977 | $18.54 | $16.85 | $6,674.40 | 32 | $593.28 | $4,336.08 |
| 21230 | Disque, Pamela L | 8/26/1977 | $15.35 | $15.35 | $5,526.00 | 144 | $2,210.40 | $4,340.00 |
| 21231 | Bobenrieth, Linda M | 8/3/1977 | | $15.75 | $0.00 | | | $0.00 |
| 21232 | Hood, Terry L | 8/26/1977 | $16.33 | $14.85 | $5,878.80 | 120 | $1,959.60 | $4,218.88 |
| 21237 | Borrello, Sande R | 9/6/1977 | $15.72 | $14.75 | $5,659.20 | 116 | $1,823.52 | $3,999.24 |
| 21240 | Dybowski, Stephen J | 9/7/1977 | $17.15 | $16.85 | $6,174.00 | 184 | $3,155.60 | $5,536.00 |
| 21243 | O'Rourke, Morris J | 9/7/1977 | $13.77 | $13.77 | $4,957.20 | 0 | $0.00 | $1,893.12 |
| 21245 | Carlson, Thomas G | 9/9/1977 | $18.54 | $16.85 | $6,674.40 | 0 | $0.00 | $2,541.84 |
| 21246 | Donachy, Lawrence E | 9/12/1977 | $16.85 | $16.85 | $6,066.00 | 108 | $1,819.80 | $4,148.00 |
| 21249 | Tassone, Robert T | 11/14/1977 | $18.54 | $16.85 | $6,674.40 | 88 | $1,631.52 | $3,588.48 |
| 21256 | Simon, Steve M | 11/17/1977 | $17.93 | $17.85 | $6,454.80 | 76 | $1,362.68 | $3,254.40 |
| 21260 | Mercer III, Richard C | 1/4/1978 | $16.85 | $15.35 | $6,066.00 | 80 | $1,348.00 | $2,584.00 |
| 21262 | Groeger, Carol A | 1/9/1978 | $14.85 | $14.85 | $5,346.00 | 144 | $2,138.40 | $3,240.00 |

Exhibit 10

EMPLOYEE PAY RATE and VACATION

| | | | | | | VAC HRS REMAINING | TOTAL VAC PRIOR 7/1/02 | ACCRUAL VACATION | ALL VAC $/ 7/1/02 RAISE |
|---|---|---|---|---|---|---|---|---|---|
| 21266 | Elias, Paul E | 1/23/1978 | $18.54 | $16.85 | $6,674.40 | 112 | $2,076.48 | 56 | $3,139.92 |
| 21273 | Kilhoffer, Louis C | 4/3/1978 | $15.34 | $14.75 | $5,522.40 | 0 | $0.00 | 200 | $3,068.00 |
| 21279 | Caggeso, James M | 4/13/1978 | $17.56 | $16.35 | $6,321.60 | 56 | $983.36 | 200 | $3,098.00 |
| 21280 | Greenawalt, Lynn K | 4/17/1978 | $17.27 | $15.70 | $6,217.20 | 16 | $276.32 | 200 | $4,533.76 |
| 21281 | Gralak, David J | 4/17/1978 | $16.81 | $15.75 | $6,051.60 | 60 | $1,008.60 | 200 | $3,762.72 |
| 21286 | Beaver, Samuel J | 4/24/1978 | $17.92 | $16.35 | $6,451.20 | 0 | $0.00 | 200 | $4,409.60 |
| 21291 | Dragone, Joseph G | 4/27/1978 | $14.94 | $14.65 | $5,378.40 | 28 | $418.32 | 200 | $3,614.00 |
| 21308 | Prencipe, John W | 6/8/1978 | $17.04 | $16.85 | $6,134.40 | 112 | $1,908.48 | 184 | $3,088.24 |
| 21317 | Ward, Nick F | 6/14/1978 | $16.17 | $15.70 | $5,821.20 | 60 | $970.20 | 184 | $3,135.36 |
| 21320 | Emmerick, Kenneth H | 7/6/1978 | $14.27 | $14.27 | $5,137.20 | 24 | $342.48 | 168 | $2,397.36 |
| 21323 | Elias, David J | 7/17/1978 | $17.27 | $15.70 | $6,217.20 | 80 | $1,381.60 | 152 | $2,625.04 |
| 21332 | Olay, Glenn H | 7/31/1978 | $14.85 | $14.85 | $5,346.00 | 36 | $534.60 | 152 | $2,257.20 |
| 21340 | Ecklund, Chad E | 8/2/1978 | $13.85 | $13.85 | $4,986.00 | 128 | $1,772.80 | 152 | $2,105.20 |
| 21343 | Spangler, Charles R | 8/10/1978 | $16.17 | $14.70 | $5,821.20 | 68 | $1,099.56 | 152 | $2,457.84 |
| 21345 | Titler, Tod A | 8/14/1978 | $16.85 | $16.85 | $6,066.00 | 148 | $2,493.80 | 152 | $2,561.20 |
| 21352 | Gilmore, Gary F | 8/21/1978 | $14.92 | $14.35 | $5,371.20 | 156 | $2,327.52 | 136 | $2,029.12 |
| 21353 | Thomas, Kurt D | 8/23/1978 | $16.68 | $15.75 | $6,004.80 | 168 | $2,802.24 | 136 | $2,268.48 |
| 21360 | Davido, Donald A | 8/29/1978 | $16.43 | $15.70 | $5,914.80 | 64 | $1,051.52 | 136 | $2,234.48 |
| 21365 | Green, Clifford L | 9/6/1978 | $16.22 | $14.75 | $5,839.20 | 68 | $1,102.96 | 136 | $2,205.92 |
| 21368 | Casolo Jr, John F | 9/10/1978 | $15.35 | $15.35 | $5,526.00 | 32 | $491.20 | 136 | $2,087.60 |
| 21375 | Andrus Sr, Lewis L | 9/27/1978 | $17.41 | $15.75 | $6,267.60 | 108 | $1,880.28 | 120 | $2,089.20 |
| 21394 | Wolff, Richard E | 1/16/1979 | $14.42 | $13.23 | $5,191.20 | 200 | $2,884.00 | 56 | $807.52 |
| | TOTALS | | | | $737,146.80 | 13,276 | $219,920.84 | 19,112 | $318,336.24 |
| | | | | 9 WKS PAY | | | $538,257.08 | | $543,115.28 |

Exhibit 10